IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CIELO JEAN GIBSON, DESSIE MITCHESON, IRINA VORONINA, JOHN COULTER, and MAYSA QUY,<br><br>Plaintiffs,<br><br>- against -<br><br>RESORT AT PARADISE LAKES, LLC d/b/a PARADISE LAKES RESORT d/b/a PARADISE LAKES and JERRY L. BUCHANAN,<br><br>Defendants. | Case No. 8:16-cv-00791-CEH-UAM |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

\_\_\_\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

\_\_**X**\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: May 12, 2016

*/s/ Sarah Melissa Cabarcas*
Sarah M. Cabarcas, Esq.
Bar No.: 90938
THE CASAS LAW FIRM, P.C.

Brickell Bayview Center
80 S.W. 8th Street, Suite 2000
Miami, FL 33130
Tel: (786) 671-3244
Fax: 786) 671-3243
Email: sarah@casaslawfirm.com
Counsel for Plaintiffs